Date: September, 17 2012

To: Mr. Robert J. Jonker

United States District Judge



Court Case: Malibu Media, LLC v. Does 1-21

Court Case No. 1:12-cv-00619-RJJ

Charter Case Number:12-3108

ID Number: Doe 1

I, the previous renter of IP Address 24.176.21.216, declare an objection to the release of my personal account information from Charter Communication, Inc.

A copy of this letter has also been sent to Charter Communications, Inc.

CERTIFIED MAIL

7012 1010 0000 2806 6093

Robert J. Jonker
United States District Court for Western District
of Michigan, Southern Division
B-35 Federal Bldg
410 W Michigan Ave
Kalamazoo, MI 49007

UNITED STATES POSTAL SERVICE 1000 49007