UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Action Case No.: 1:12-cv-00619-RJJ |
| v. | ) |
| JENNIFER DALTON, | ) |
|     Defendants. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JENNIFER DALTON**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, Jennifer Dalton ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant from the action with prejudice.

Dated: February 11, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*

1